# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **MICHAEL FITZGERALD FRAZIER,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**JIMMY KILGORE,** *et al.*, )<br>)<br>**Defendants.** ) | Case No. 1:21-cv-810-LCB-GMB |

## OPINION & ORDER

In November 2021, the Magistrate Judge recommended that this case be dismissed without prejudice under 28 U.S.C. § 1915A(b)(1), due to Plaintiff's failure to state a claim for which relief could be granted. (Doc. 8 at 7). The Magistrate advised Plaintiff of his right to file written objections to the recommendation within 14 days. *Id.* at 8. To date, Plaintiff has submitted no written objections.

Having reviewed and considered de novo the record as a whole, including the recommendation, the Court **ADOPTS** the recommendation (Doc. 8) and **DISMISSES** this case without prejudice under 28 U.S.C. § 1915A(b)(1). The Court will enter a final judgment via separate order.

**DONE** and **ORDERED** December 7, 2021.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE